UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| METROPOLITAN LIFE INSURANCE COMPANY,<br><br>           Plaintiff,<br><br>   v.<br><br>MONIQUE TAYLOR, et al.,<br><br>           Defendants. | Case No. 20-cv-00811-RS<br><br>**STANDBY ORDER OF DISMISSAL** |

The Court has been informed that the above-entitled action has settled. Accordingly, the Court vacates all pretrial and trial dates. The parties are required to file a stipulation of dismissal by **June 18, 2020**. If a stipulation of dismissal is not filed by that date, the parties are ordered to appear on **June 25, 2020, at 1:30 p.m. in Courtroom 3, 17th Floor of the San Francisco Courthouse** and show cause why the case should not be dismissed. Failure to comply with this Order may result in dismissal of the case.

**IT IS SO ORDERED.**

Dated: April 1, 2020

_____
Richard Seeborg
United States District Judge