# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| METROPOLITAN LIFE INSURANCE COMPANY,<br><br>        Plaintiff-in-Interpleader,<br><br>    vs.<br><br>MONIQUE TAYLOR, and CHRISTINA GILLERY, as guardian of J.W., a minor, and DOES 1 through 10, inclusive,<br><br>        Defendants-in-Interpleader. | Case No. 3:20-cv-00811-RS<br><br>(Honorable Richard Seeborg)<br><br>**ORDER GRANTING STIPULATION FOR DISMISSAL OF ACTION WITH PREJUDICE**<br><br>**[FRCP 41(a)(1)]**<br><br>Complaint Filed:   February 3, 2020 |

HINSHAW & CULBERTSON LLP
633 West 5th Street, 47th Floor
Los Angeles, CA 90071-2043
213-680-2800

[PROPOSED] ORDER GRANTING STIPULATION FOR DISMISSAL OF ACTION WITH PREJUDICE
Case No. 3:20-cv-00811-RS
1027731\305642171.v1

## ORDER

Pursuant to the stipulation of the parties, the above-entitled action is hereby dismissed in its entirety with prejudice as to all parties. Each party shall bear their or its own attorneys' fees and costs.

**IT IS SO ORDERED.**

Dated: __May 6_____, 2020          _____/s/ Richard Seeborg_____
                                       HONORABLE RICHARD SEEBORG
                                       UNITED STATES DISTRICT COURT JUDGE